In the Matter of TURNER WINES & LIQUORS, INC., Respondent, v. STATE LIQUOR AUTHORITY et al., Appellants.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

MADELINE JOHN, Respondent, v. SACKETT ELECTRIC COMPANY, INC., et al., Appellants.—

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.